OPINION — AG — QUESTION: " DOES A JUSTICE COURT CLERK APPOINTED UNDER AUTHORITY OF 39 O.S. 1961 21 [39-21] HAVE THE POWER TO ACCEPT GUILTY PLEAS AND IMPOSE FINES WHICH HAVE BEEN SPECIFICALLY DEFINED FOR HIM BY THE JUSTICE OF THE PEACE WHO APPOINTED HIM, IN THE ABSENCE OF THE JUSTICE OF THE PEACE? " — NEGATIVE CITE: 39 O.S. 1961 22 [39-22], 39 O.S. 1961 23 [39-23] (W. J. MONROE)